UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
07 MAY -3 AM 10: 24
CLERK-ALBUQUERQUE

MATTHEW MARTINEZ,
          Plaintiff

Vs.

No: CIV-07-0439 JB WPL

CHRIS VALDEZ, and
THOMAS SALAZAR in their
Individual and official Capacity,
          Defendant

## COMPLAINT

This is a Civil Rights Complaint pursuant to 42 U.S.C § 1983 Against the defendant Thomas Salazar, and Chris Valdez, New Mexico state Police Department for Deprivation of the Plaintiffs federal constitutional Rights for the deliberate indifference to the Plaintiffs fourth Amendment Right to be Free from unusual search, and seizure, and acting under color of state law.

I.       JURISDICTION

The courts Jurisdiction is hereby invoked Pursuant to 28 USC § 1343 (3), 48 USC § 1983. at all Times herein stated, Plaintiff and defendant were U.S. Citizens and cause of action arose in the state of New Mexico.

(Page 1)

## PARTIES

II. The Plaintiff is MATTHEW MARTINEZ who currently resides at P.O. Drawer 1328 Los Lunas, N.M. 87031

The Defendants are Agents with the NM state Police department and currently are employed by the NM state Police department, which is located at District 7-/ 1410 N. Paseo de Onate, Espanola, NM 87532

## COMPLAINT

III. On or about February 22, 2007 defendants, without due process of law, and violation against unreasonable search and seizure, by executing a traffic stop, and then, and there, confiscating a 2000 Pontiac Grand AM, owned by Elsie Martinez. However, the vehicle was being driven by her son, Matthew Martinez at the time the defendants, without notification to the legal owner, seized said vehicle on 2-22-07, and searched said vehicle without owner consent nor a submitted search warrant. The plaintiff did not grant consent nor was a search warrant provided to him.

Futhermore, the search warrant that was provided on 2-23-07, one day after vehicle was searched, relied on probable cause, via statement by documented information at time of arrest, from known drug users, to wit: Heroin addicts- at which time they stated this vehicle was being —

(2)

- used, in the transportation, and distribution of drugs. It was this "Probable cause" drug addict information at time of Arrest, that was relied on to confiscate, search said vehicle, without Providing a seach warrant to Matthew Martinez or Plaintiffs Mother, search warrant was served to the owner, one day after the vehicle was confiscated. This surely Violated Plaintiffs, Fourth Amendment Right, Against unreasonable search, and seizure, and the warrant should indicate the property to be seized. In this case the defendants seized the property, then obtained the warrant, and this Violated Plaintiffs Constitutional Rights

IV.                  DEMAND FOR RELIEF

The Plaintiff demands injunction Relief from the court, and Money damages to be determined by a Jury Trial for the defendants Violating Plaintiffs Fourth Amendment Rights against unreasonable search, and seizure, A Jury trial to review all issues disputed, with all Material Facts. Punitive damages, special damages, and damages for Mental Anguish and general damage in the amount of $50,000.00.

_Matthew Martinez_
Plaintiffs original signature

(3)

## DECLARATION UNDER PENALTY OF PERJURY

the undersigned declares under Penalty of Perjury that He is The Plaintiff in The above Action, that he Read The complaint, and That the information contained in the complaint is true and correct 28 U.S.C. § 1746; 18. U.S.C. § 1621  U.S.C. § 1983

Executed at <u>Central New Mexico Department of Corrections in Los Lunas, N.M.</u> on <u>4/16/08</u>    DAted.

<u>Matthew Martinez</u>
MATTHEW MARTINEZ
Plaintiff, Pro Se

(4)

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

MATTHEW MARTINEZ

V.

THOMAS SALAZAR

SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of defendant)

THOMAS SALAZAR
1410 N. PASEO DEONATE
Espanola, NM 87532

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(BY) DEPUTY CLERK

(5)

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

MATTHEW MARTINEZ

V.

CHRIS VALDEZ

SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of defendant)

CHRIS Valdez
1410 N. Paseo de Onate
Espanola, NM   87532

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(BY) DEPUTY CLERK

(6)

Penitentiary of New Mexico
P.O. Box 1059
Santa Fe, New Mexico 87504
Matthew Martinez #63826
Unit: S I B E 106 South Facility

ALBUQUERQUE NM 871
02 MAY 2007 PM 3 T

United States District Court
District of New Mexico
Office of the Clerk-Suite 270
333 Lomas Blvd, N.W.
Albuquerque, NM 87102

RECEIVED
At Albuquerque NM
MAY 0 3 2007
MATTHEW J. DYKMAN
CLERK

