IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MATTHEW MARTINEZ,

    Plaintiff,

v.                                                         No. CIV 07-439 JB/WPL

CHRIS VALDEZ AND THOMAS SALAZAR,

    Defendants.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed February 7, 2008 (Doc. 14.) The parties were notified that objections were due within ten days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. See Doc. 14 at 17. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that: (i) the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 14) are adopted by the Court; (ii) Defendants' Motion for Summary Judgment (Doc. 12) is granted; and (iii) this cause is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE